IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                                     Case No. 1:17-cr-692-JMC

v.

TONIETTE ROCHELLE DOTY,

    Defendant.

## **ORDER DIRECTING DEFENDANT TO FILE A RESPONSE BRIEF**

On July 26, 2018, the United States filed a Motion to Dismiss Indictment Without Prejudice. Pursuant to the plea agreement, Defendant pled to an Information and the United States agreed to dismiss the Indictment upon sentencing. Now that this Court sentenced Defendant, the United States moved to dismiss the Indictment *without prejudice*.

This Court DIRECTS Defendant to respond to the United States' motion, specifically addressing whether the dismissal of the Indictment should be with or without prejudice. The Defendant shall file a response on or before **August 10, 2018**. The United States may file a reply brief on or before **August 17, 2018**.

    IT IS SO ORDERED.

                                                      Entered for the Court
                                                      this the 27th day of July, 2018

                                                      /s/ Joel M. Carson III_____
                                                      Joel M. Carson III
                                                      United States Circuit Judge
                                                      Sitting by Designation