IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 1:17-cr-692-JMC

v.

TONIETTE ROCHELLE DOTY,

    Defendant.

## ORDER GRANTING AMENDED MOTION TO DISMISS THE INDICTMENT AND DENYING AS MOOT MOTION TO DISMISS INDICTMENT

On July 26, 2018, the United States filed a Motion to Dismiss the Indictment Without Prejudice. The next day, this Court entered an Order Directing Defendant to File a Response Brief in order to address whether the dismissal of the Indictment should be with or without prejudice. On July 30, 2018, the United States filed an Amended Motion to Dismiss the Indictment in which it removed any references to the dismissal being without prejudice. In that motion, the United States provides that under the terms of the plea agreement, the United States agreed to dismiss the Indictment in this cause as to Defendant Toniette Rochelle Doty.

FOR GOOD CAUSE SHOWN, this Court GRANTS the United States' Amended Motion to Dismiss the Indictment (Doc. 58), DENIES AS MOOT the United States' Motion to Dismiss the Indictment Without Prejudice (Doc. 56) and DISMISSES WITH PREJUDICE the Indictment (Doc. 9).

IT IS SO ORDERED.

Entered for the Court
this the 31st day of July, 2018
/s/ Joel M. Carson III_____
Joel M. Carson III
United States Circuit Judge
Sitting by Designation